December 6, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ADIT YADIR UMANZOR-VILLALOBOS, Appellant

NO. 14-12-00806-CR                    V.

THE STATE OF TEXAS, Appellee

_____

     This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

     We further order the mandate be issued immediately.

     We further order this decision certified below for observance.